## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>RONNIE F. SOERGEL,  )<br>  )<br>  Defendant.  )  | 8:08CR120<br><br>ORDER |

This matter is before the court on the defendant's motion to continue trial [16]. For good cause shown, the court will grant a continuance to June 10, 2008.

**IT IS ORDERED** that defendant's motion [16] is granted, in part, as follows:

1. The trial of this matter is continued to **June 10, 2008.**

2. In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **May 20, 2008 and June 10, 2008**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act because counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

DATED May 13, 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge