IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | 8:08CR120 |
| vs.   ) | |
| ) | ORDER |
| RONNIE F. SOERGEL,   ) | |
| ) | |
| Defendant.   ) | |

This matter is before the court on the defendant's Amended Motion to continue trial [19].  For good cause shown, the court will grant a continuance to June 24, 2008.

**IT IS ORDERED** that defendant's motion [19] is granted as follows:

1. The trial of this matter is continued to **June 24, 2008.**

2. In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **May 20, 2008 and June 24, 2008**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act due to defense counsel's scheduling conflict and counsel's need for additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**DATED May 14, 2008.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge