IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:08CR120** |
| vs. | ) | |
| | ) | **ORDER** |
| **RONNIE F. SOERGEL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

    This matter is before the court on the motion [29] of James Martin Davis for leave to withdraw as counsel for the defendant. Substitute counsel, William C. Bracker and Stanley H. Marks, have filed an entry of appearance [25] and [27].

    **IT IS ORDERED:**

    1. The Motion to Withdraw as Attorney of Record [29] is granted, and the appearance of James Martin Davis is hereby deemed withdrawn.

    2. The order [28] of July 31, 2008 remain in effect.

    **DATED August 5, 2008.**

                                              **BY THE COURT:**

                                              **s/ F.A. Gossett**
                                              **United States Magistrate Judge**