# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) ) ) | |
| vs. | ) ) | **8:08CR120** |
| **RONNIE F. SOERGEL,** | ) ) | **ORDER** |
| **Defendant.** | ) ) | |

This matter was removed from the trial docket on June 27, 2008, at the request of the defendant, and scheduled for a change of plea hearing. The plea hearing was continued several times. After the parties were unprepared to proceed with the plea hearing set for January 12, 2009, the case was returned to the trial docket.

The defendant now requests a continuance, *see* Doc. 37, for the reason that one of defendant's attorneys "understands that they are going to do a Rule 20." I find that the defendant has not shown good cause for the requested continuance. Nor has the defendant filed an affidavit or declaration regarding speedy trial, as required by NECrimR 12.1 and/or 12.3. For these reasons,

**IT IS ORDERED** that the defendant's Motion to Continue Trial (Doc. 37) is denied.

Pursuant to NECrimR 57.2, a party may appeal this order by filing an "Appeal of Magistrate Judge's Order" no later than **Tuesday, January 27, 2009**.

**DATED January 23, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**